**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF GEORGIA**

**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CASE NUMBER: 1:23CR00062 |
| GARY HOLCOMB | ) | |

### MOTION FOR IMPEACHMENT EVIDENCE OF WITNESSES

**COMES NOW** the Defendant, in accordance with the principles of Brady v. Maryland, 373 U.S. 83 (1963), Giles v. Maryland, 386 U.S. 66 (1967), and Giglio v. United States, 405 U.S. 150 (1972), and moves this Court for entry of an order directing the government to make inquiry and disclose all of the following within its possession, custody or control, or the existence of which is known or by the exercise of due diligence could become known to the government:

(1)

Any and all other records and/or information which arguably could be helpful or useful to the defense in impeaching or otherwise detracting from the probative force of the prosecution's evidence or which arguably could lead to such records or information.  This request specifically includes information as to the witness' psychiatric history or "basic mental trouble"; the use of hypnosis or hypnotic age regression, the use of "lie detectors" and the results; and the witness' use

of narcotic or other drugs.

**WHEREFORE,** the Defendant prays that this motion be granted.

This <u>11th</u> day of <u>December,</u> 2023.


<u>s/Robert I. Sussman</u>
ATTORNEY FOR DEFENDANT
347 GREENE STREET
AUGUSTA, GEORGIA 30901-2497
(706) 724-3331
STATE BAR NO: 594408

CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing document has been served on the U.S. Attorney by electronic filing.

    This 11th day of December, 2023.

                                s/Robert I. Sussman
                              ATTORNEY FOR DEFENDANT
                              347 GREENE STREET
                              AUGUSTA, GEORGIA 30901-2497
                              (706) 724-3331
                              GA BAR NO.: 594408